STEPHEN V. BOMSE (Bar No. 40486)
E-Mail: stephen.bomse@hellerehrman.com
CATHERINE P. ROSEN (Bar No. 62662)
E-Mail: catherine.rosen@hellerehrman.com
ANDREA L. BROWN (Bar No. 237629)
E-Mail: andrea.brown@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROUP LONDON MUSIC, WB MUSIC CORP., DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING, GEORGE GERSHWIN MUSIC, IRA GERSHWIN MUSIC AND EMI MILLS MUSIC, INC., <br><br>Plaintiffs, <br><br>v. <br><br>ANNA DELEON, <br><br>Defendant. | Case No.: **JL** <br>**07 3704** <br><br>PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Fed.R.Civ.P. 7.1, plaintiffs submit this disclosure statement.

Plaintiff WB Music Corp. is wholly owned by publicly held Warner Music Group Corp.; Plaintiff EMI Mills Music Inc. is wholly owned by EMI Group, PLC, a publicly held foreign corporation.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties and the parties listed herein, there is no such interest to report.

1
PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| Dated: July 18, 2007 | HELLER EHRMAN LLP<br><br>By /s/ *[signature]*<br>ANDREA L. BROWN<br>Attorneys for Plaintiffs |

Heller Ehrman LLP

2

PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS