ANNA DE LEON
ANNA'S JAZZ ISLAND
2120 Allston Way
Berkeley, CA 94704
Phone & Fax: (510) 845-5515

Defendant, Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROUP LONDON MUSIC, WB MUSIC CORP., DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING, GEORGE GERSHWIN MUSIC, IRA GERSHWIN MUSIC AND EMI MILLS MUSIC, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br> ANNA DE LEON, <br><br>    Defendant. <br> _____/ | Case No.:   C 07 3704 JL <br><br> ANSWER OF DEFENDANT |

In answer to Plaintiffs' complaint, Defendant Anna de Leon alleges:

1. Defendant is without knowledge as to the allegations in Paragraph 1.

2. Defendant is without knowledge as to the allegations in Paragraph 2

3. Defendant is without knowledge as to the allegations in Paragraph 3.

4.  Defendant denies in part and admits in part each allegation in Paragraph 4.

5. Defendant admits the allegation in Paragraph 5.

6. Defendant is without knowledge as to the allegations in Paragraph 6.

-1-

ANSWER

    7. Defendant is without knowledge as to the allegations in Paragraph 7.

    8. Defendant is without knowledge as to the allegations in Paragraph 8.

    9. Defendant is without knowledge as to the allegations in Paragraph 9.

    10. Defendant denies in part and admits in part each allegation in Paragraph 10; Defendant has requested a license from American Society of Composers, Authors and Publishers for said matters and understands the licensing issue to be resolved.

    11. Defendant is without knowledge as to the allegations in Paragraph 11.

    12. Defendant denies each allegation in Paragraph 12(a); Defendant denies in part and admits in part each allegation in Paragraph 12(b); Defendant is without knowledge as to the allegations in Paragraph 12(c).

    13. Defendant is without knowledge as to the allegations in Paragraph 13.

    14. Defendant is without knowledge as to the allegations in Paragraph 14.

    Wherefore, Defendant prays:

    1. That Plaintiffs receive no money from Defendant for any alleged damages, costs of this suit, attorneys' fees, or otherwise;

    2. That this matter be dismissed as resolved by the parties.

Respectfully submitted,


_____
ANNA DE LEON,
Defendant, Pro Se

August 23, 2007

.