UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TROUP LONDON MUSIC, ET AL

    Plaintiff(s),

v.

ANNA DELEON

    Defendant(s).
_____/

No. 07-03704 JL

NOTICE OF CONTINUANCE
OF CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference scheduled for October 24, 2007 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to November 28, 2007 @ 10:30 a.m..

Dated: October 16, 2007

_____
Wings Hom Courtroom Deputy to
JAMES LARSON, CHIEF UNITED STATES MAGISTRATE JUDGE