STEPHEN V. BOMSE (Bar No. 40486)
(stephen.bomse@hellerehrman.com)
CATHERINE P. ROSEN (Bar No. 62662)
(catherine.rosen@hellerehrman.com)
DAVID J. SIMON (Bar No. 241501)
(david.simon@hellerehrman.com)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROUP LONDON MUSIC, WB MUSIC CORP., DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING, GEORGE GERSHWIN MUSIC, IRA GERSHWIN MUSIC AND EMI MILLS MUSIC, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANNA DELEON,<br><br>Defendants. | Case No.: C-07-3704 JL<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

Heller Ehrman LLP

SUBSTITUTION OF ATTORNEY
CASE NO. C-07-3704 JL

TO THE COURT AND ALL COUNSEL OF RECORD:

    Notice is hereby given by and through Heller Ehrman LLP, counsel for Plaintiffs TROUP LONDON MUSIC, ET AL. that David J. Simon of Heller Ehrman LLP hereby substitutes in for Andrea L. Brown as attorney for Plaintiffs in the above-entitled matter. Ms. Brown has left the firm. Heller Ehrman LLP will remain as counsel for Plaintiffs.

    Plaintiffs TROUP LONDON MUSIC, ET AL. requests that service of documents be made on the following attorneys:

Stephen V. Bomse
Catherine P. Rosen
David J. Simon
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104


DATED:  October 16, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　HELLER EHRMAN LLP


　　　　　　　　　　　　　　　　　　　　　　　By *s/*_____
　　　　　　　　　　　　　　　　　　　　　　　David J. Simon
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**Proof of Service**

I, Kathy Rogers, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 Bush Street, San Francisco, CA 94104-2878. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On October 16, 2007, I served the following:

- **NOTICE OF SUBSTITUTION OF ATTORNEY**

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

| | |
|---|---|
| Anna DeLeon, Esq.<br>Anna's Jazz Island<br>2120 Allston Way<br>Berkeley, CA 94704 | Anna DeLeon, Esq.<br>303 Arlington Ave., #B3<br>Kensington, CA 94707 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this proof of service was executed on October 16, 2007 at San Francisco, California.

*/s/ Kathy Rogers*
Kathy Rogers

PROOF OF SERVICE
CASE NO. C-07-3704 JL

3