STEPHEN V. BOMSE (Bar No. 40486)
E-Mail: stephen.bomse@hellerehrman.com
CATHERINE P. ROSEN (Bar No. 62662)
E-Mail: catherine.rosen@hellerehrman.com
DAVID J. SIMON (Bar No. 241501)
E-Mail: david.simon@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROUP LONDON MUSIC, WB MUSIC CORP., DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING, GEORGE GERSHWIN MUSIC, IRA GERSHWIN MUSIC AND EMI MILLS MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANNA DELEON, <br><br> Defendant. | Case No.: C-07-3704 JL <br><br> **NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT ANNA DELEON** |

Heller
Ehrman LLP

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a) and pursuant to a Settlement Agreement between Plaintiffs Troup London Music, et al., and Defendant Anna DeLeon, Plaintiffs voluntarily dismiss the above-captioned action with prejudice.

Dated: November 15, 2007                 Respectfully submitted,

                                         HELLER EHRMAN LLP


                                         By: ___/s/_____
                                                 DAVID J. SIMON

                                         Attorneys for Plaintiffs


IT IS SO ORDERED.

Dated: _____11-15-07_____    _____
                                         The Honorable James Larson
                                         United States District Court Judge